AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____Kansas_____

2013 SEP -5 PM 2:51

[stamp: O'BRIEN / DEPUTY]

UNITED STATES OF AMERICA

V.

WILLIAM "BILL" FOX

33426-298

**WARRANT FOR ARREST**

Case Number: 12-20041-02-KHV-DJW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____WILLIAM "BILL" FOX_____
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
  Violation Petition      Violation Petition      Violation

charging him or her with   (brief description of offense)

Ct. 1 - Conspiracy to Commit Wire Fraud & Engaging in Monetary Transactions of more then $10,000 in Criminally Derived Property  - 18 USC 371 & 1349
Ct. 2 - Wire Fraud - 18 USC 1343
Forfeiture Allegations

☒ in violation of Title   18   United States Code, Section(s)   371 & 1349

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY M. O'BRIEN | s/ Marla Gonzales |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | April 18, 2012    at Kansas City, Kansas |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

SAN DIEGO CA.

| DATE RECEIVED 4/19/12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/16/12 | John S. Volk  DUSM | [signature] |