IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| VS. | 12-20041-02-CM |
| WILLIAM "BILL" FOX, | DEFENDANT |

**MOTION TO DISMISS INDICTMENT FOR LACK OF JURISDICTION**

Defendant in the above matter, through Counsel, asks the Court to dismiss the indictment with prejudice for lack of jurisdiction. Overt acts by Defendant that might be construed as participation in the alleged conspiracy ended in February 2007 at the latest. The government did not indict Defendant until April 2012, which is beyond the five-year statute of limitations prescribed by 18 U.S.C. §3282.

Defendant identified this issue to the government prior to filing this motion. The parties agree that determining the issue likely will require an evidentiary hearing. However, the parties are working toward a resolution to the case that may obviate the need for such a hearing. The parties anticipate knowing if such resolution is feasible by the motions hearing set on 1/27/14.

To maximize efficient use of judicial, prosecution, and defense resources, the parties propose converting the 1/27/14 hearing to a status conference. Only if necessary, the Court then could establish a briefing and hearing schedule for the statute of limitations issue. This approach could eliminate unnecessary briefing by the defense, responses by the government, and analysis by the Court.

RESPECTFULLY SUBMITTED,


s/Thomas R. Telthorst
THOMAS R. TELTHORST
Attorney for Defendant Fox
816 Ann Avenue
Kansas City, Kansas 66101
(913) 281-2080


## CERTIFICATE OF SERVICE

I certify that on 12/9/13, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.


s/Thomas R. Telthorst
THOMAS R. TELTHORST
Attorney for Defendant