IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| VS. | 12-20041-02-CM |
| WILLIAM "BILL" FOX, | DEFENDANT |

### CONTINUANCE MOTION

Defendant William Fox requests the Court continue the 4/30/14 status conference pursuant to 18 U.S.C. §3161(h)(1)(D).  Pre-trial motions remain pending.

Since the last continuance motion, the government has provided additional discovery on the statute of limitations issue.  At most, this continuance could obviate the need for litigation on the issue, and perhaps even lead to speedy case resolution.  At a minimum, the continuance should enable the parties to more fully brief the issue to the Court.

On 4/23/14, Counsel personally reminded Defendant of his rights under the Speedy Trial Act.  Defendant concurs that the requested delay should toll speedy trial computations.  After being reminded of his speedy trial rights, Defendant reiterated his support for a continuance.

Finally, Counsel for the government and for Codefendant Anthony Renfrow have no objection to this motion.

RESPECTFULLY SUBMITTED,


s/Thomas R. Telthorst
THOMAS R. TELTHORST

Attorney for Defendant Fox
816 Ann Avenue
Kansas City, Kansas 66101
(913) 281-2080

## CERTIFICATE OF SERVICE

      I certify that on 4/24/14, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.


s/Thomas R. Telthorst
THOMAS R. TELTHORST
Attorney for Defendant