IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| VS. | 12-20041-02-CM |
| WILLIAM "BILL" FOX, | DEFENDANT |

## WITHDRAWAL MOTION

Retained Counsel for Defendant William Fox asks to withdraw from further representation in this case. Due to Defendant's reticence to communicate with Counsel, Counsel cannot ethically discharge his duties to both represent Defendant and expeditiously move the case forward.

Defendant may lack resources to continue with retained counsel. He may ask the Court to appoint CJA counsel (not the undersigned) going forward.

RESPECTFULLY SUBMITTED,


s/Thomas R. Telthorst
THOMAS R. TELTHORST
Attorney for Defendant Fox
816 Ann Avenue
Kansas City, Kansas 66101
(913) 281-2080

## CERTIFICATE OF SERVICE

I certify that on 9/9/14, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case. Additionally, I mailed a copy to Defendant at his residence that is on file with pre-trial services.

s/Thomas R. Telthorst
THOMAS R. TELTHORST
Attorney for Defendant