IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| VS. | 12-20041-02-CM |
| WILLIAM "BILL" FOX, | DEFENDANT |

### CONTINUANCE MOTION

Counsel for Defendant William Fox requests the Court reset the hearing on Counsel's withdrawal motion (doc. #50) in mid to late October 2014.  The government opposes this request.

From the onset of this case, Defendant's lead counsel has been an attorney in California.  That attorney reports that Defendant remains committed to resolving this case with a Rule 20 transfer to California.  He additionally reports that he is close to reaching an accord with a California prosecutor who could receive the case.

Additionally, this week the Kansas U.S. Attorney published a new pre-trial diversion program.  Defendant appears to meet the baseline criteria of this new program.

The undersigned Counsel has agreed to seek a minimal delay in the Court's ruling on his withdrawal motion.  The goals of this delay are to allow California Counsel to complete his end of the Rule 20 negotiations, and/or to start Defendant on a diversion application.

RESPECTFULLY SUBMITTED,


s/Thomas R. Telthorst
THOMAS R. TELTHORST

Attorney for Defendant Fox
816 Ann Avenue
Kansas City, Kansas 66101
(913) 281-2080

## **CERTIFICATE OF SERVICE**

      I certify that on 9/25/14, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.


s/Thomas R. Telthorst
THOMAS R. TELTHORST
Attorney for Defendant