IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-20041-CM |
| | ) | |
| WILLIAM FOX, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

**COMES NOW** the law firm Berkowitz Oliver Williams Shaw & Eisenbrandt LLP by and through undersigned counsel Shazzie Naseem, and respectfully moves this Court for leave to withdraw as local counsel on behalf of William Fox in the criminal matter pending before this Court. The following is stated in support of this motion:

1. Mr. William Fox and Mr. Anthony Renfrow were Indicted in the United States District Court of Kansas on April 18, 2012. The Indicted alleges that an internet investment scheme defrauded investors through various solicitation opportunities.

2. On June 13, 2012, Thomas R. Telthorst entered his appearance as local retained counsel on behalf of William Fox. Mr. Fox resides in California and also retained the services of California attorney William Brown.

3. On September 9, 2014, Mr. Telhorst filed a motion with the court to withdraw as local counsel for Mr. Fox. The Court granted that motion on December 15, 2014.

4. In anticipation of the withdrawal of Mr. Telhorst, Mr. Shazzie Naseem entered his appearance as local counsel on behalf of Mr. Fox on December 11, 2014. In connection with the entry of new local counsel, counsel prepared Pro Hac Vice pleadings for the entry of Mr. William Brown.

5. There are administrative logistics which necessitate the withdrawal of Mr. Shazzie Naseem as local counsel for Mr. William Fox. Mr. Fox and his retained attorney William Brown agree that local counsel should be permitted to withdraw from further representation of Mr. Fox's interests in this case.

6. Mr. Fox's continued retention of William Brown as his primary counsel ensures that his Constitutional rights in connection with his defense in this case will not be prejudiced by the withdrawal of local counsel.

**WHEREFORE**, for the foregoing reasons, the Movant seeks leave to withdraw from further representation of Mr. William Fox in the case now pending before this Court.

> Respectfully submitted,
>
> BERKOWITZ OLIVER WILLIAMS
> SHAW & EISENBRANDT LLP
>
> By:   /s/ Shazzie Naseem
> Shazzie Naseem        KS#24954
> 2600 Grand Blvd, Suite 1200
> Kansas City, Missouri 64108
> (816) 561-7007 (telephone)
> (816) 561-1888 (facsimile)
> Email: snaseem@berkowitzoliver.com
>
> *Attorney for Defendant William Fox*

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which sent the notification of filing to all counsel of record.

> /s/ Shazzie Naseem
> *Attorney for Defendant*

2