IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**WILLIAM FOX,**<br><br>　　**Defendant.** | **Case No. 12-20041-02** |

# TRIAL ORDER

The trial in this case is scheduled for Monday, June 08, 2015 in Kansas City, Kansas in courtroom 463.  The court therefore sets the following trial deadlines, to the extent they apply:

| | |
|---|---|
| Witness List | 12 business days before trial |
| Exhibit List | 12 business days before trial |
| Rule 404(b) Notice | 12 business days before trial |
| Exchange Expert Reports | 12 business days before trial |
| Motions in Limine | 8 business days before trial |
| Response to Motions in Limine | 5 business days before trial |
| Proposed Jury Instructions<br>*See* D. Kan. Rule 51.1 | 5 business days before trial |
| Limine Conference | Monday, June 08, 2015 @ 9:30 a.m. |

**IT IS SO ORDERED.**

Dated this 29th day of April, 2015, at Kansas City, Kansas.

　　　　　　　　　　　　　　　　　　　　　s/ Carlos Murguia
　　　　　　　　　　　　　　　　　　　　　**CARLOS MURGUIA**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

-1-